IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STEPHANIE A. BRICZINSKI                )
                                       )
              Plaintiff,               )   CIVIL ACTION NO. 08-0038
                                       )
       v.                              )
                                       )
MICHAEL J. ASTRUE                      )   JUDGE GARY L. LANCASTER
Commissioner of                        )
Social Security,                       )
                                       )
              Defendant.               )   ELECTRONIC FILING

## ORDER

AND NOW, this __30ᵗᴴ__ day of ____June____, 2008,

upon consideration of the Commissioner's Motion to Remand, it is

hereby

## ORDERED

that such motion is granted and this action is remanded to

Defendant for further administrative proceedings consistent with

this motion.

The remand is ordered pursuant to the fourth sentence of

42 U.S.C. § 405(g).

BY THE COURT:



J.