IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHANIE A. BRICZINSKI, ) | |
| ) | CIVIL ACTION NO. 08-038 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | JUDGE LANCASTER |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of ) | |
| Social Security, ) | |
| ) | Electronic Filing |
| Defendant | |

ORDER

AND NOW, this the 16th day of Oct, 2008, upon consideration of Plaintiff's Application for Attorney Fees Pursuant to the Equal Access to Justice Act (EAJA) and Defendant's response thereto, it is hereby ORDERED that Plaintiff's counsel, Stanley E. Hilton, Esquire, as Plaintiff's assignee, shall be awarded attorney fees under the EAJA in the amount of Two Thousand and Thirty-Three dollars and Fifty-Two cents ($2,033.52), as authorized by 28 U.S.C. § 2412(d).

BY THE COURT:

_____
J.